```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 14680
   DENITHA REED
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-7891


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/07/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ONYX ACCEPTANCE CORP       SECURED VEHIC     22361.00            .00           .00
ONYX ACCEPTANCE CORP       UNSECURED             .69             .00           .00
AMEREN CIPS                UNSECURED          152.22             .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          288.85             .00           .00
CACV OF COLORADO           UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED            .00           .00
COMCAST                    UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED          775.35             .00           .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED            .00           .00
CUBS FOOD                  UNSECURED        NOT FILED            .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED            .00           .00
HOUSEHOLD BANK             NOTICE ONLY      NOT FILED            .00           .00
JEWELS                     UNSECURED        NOT FILED            .00           .00
LINCOLN PROPERTIES         UNSECURED        NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1685.77             .00           .00
T MOBILE                   UNSECURED        NOT FILED            .00           .00
TCF NATIONAL BANK          NOTICE ONLY      NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED        NOT FILED            .00           .00
OLIPHANT FINANCIAL CORP    UNSECURED          223.86             .00           .00
JOYNER LAW OFFICE          DEBTOR ATTY      2,149.00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14680 DENITHA REED
```

```
                                    ---------------     ---------------
TOTALS                                         .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```